UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

KRYSTAL LAMPMAN,
        Plaintiff,

v.      Civil Action No. 5:19-cv-00119

ROOTS PROPERTY MANAGEMENT, LLC,
644 DEPOT STREET, LLC,
ARI JACKSON,
KELLY MICHAELSON,
        Defendants.

## REPORT OF EARLY NEUTRAL EVALUATION

In accordance with Local Rule 16.1(j), I am setting forth below my ENE Evaluator's Report using the subparagraph numbering of Rule 16.1(j)(1)(A) - (F).

(A)     The session was held on Friday, November 8, 2019 at the office of Hershenson, Carter, Scott & McGee, P.C. in Norwich, Vermont.. The ENE session started at approximately 9:00 a.m. and concluded at approximately 4:00 p.m.

(B)     The persons attending were the following:

    (a)     <u>On behalf of the plaintiff,</u> Attorney Erika Johnson and Rachel Batterson and their client Krystal Lampman in person and, by agreement, their disabled client, Henry Lampman, by phone. Krystal and her attorney held decision-making authority for the plaintiff.

    (b)     <u>On behalf of defendant,</u> Attorney Richard Windish and Ari Jackson and Kelly Michaelson were present for the defendant, with decision-making authority on damages and all issues.

(C)     There was no need for any substitute arrangement regarding the attendance of necessary persons at the ENE session.

(D)     Plaintiff's written evaluation statement was received on November 7, 2019. Defendant's written evaluation statement was received on November 7, 2019.

(E)     Each party, through counsel, made an oral presentation of their position.

(F)     Settlement was reached during the ENE session

      Counsel for both parties will keep the court informed as to the completion of exchanges called for in the settlement stipulation, and will then file a Stipulation to Dismiss with the court.

Dated: 11/11/19

_____
P. Scott McGee, Esq.
Early Neutral Evaluator